# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:04-cr-00117-MR-DLH-5

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **WILLIAM QUENTIN CLONTZ.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon the Defendant's motion for early termination of supervised release. [Doc. 364].

In order to terminate the Defendant's term of supervised release, the Court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Defendant's supervising probation officer reports that the Defendant has adjusted well to supervision. While the Defendant's conduct while on supervision is commendable, his term of supervised release is not scheduled to expire until February 2016. Given that the Defendant has completed little over half of his supervised release term, the Court declines to exercise its discretion to terminate the Defendant's term of supervised release at this time.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's request for the early termination of his supervised release [Doc. 2] is **DENIED WITHOUT PREJUDICE**. The Defendant's term of supervised release shall continue as originally sentenced.

The Clerk of Court is directed to provide copies of this Order to counsel for the Government, the United States Probation Office for the Western District of North Carolina, and United States Probation Officer Ben Salley in Columbia, South Carolina.

**IT IS SO ORDERED.**   Signed: May 20, 2014

Martin Reidinger
United States District Judge